**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRANK TREVINO, | ) | 3:14-CV-0048-RCJ  (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 31, 2015 |
| | ) | |
| CARSON CITY DETENTION FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a copy of the docket sheet (#11) is **GRANTED**.  The Clerk shall **SEND** to plaintiff one copy of the docket sheet in this case.  The Clerk shall also **SEND** to plaintiff a copy of the screening order (#5) and judgment (#8) closing this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
       Deputy Clerk